IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES A. ROGERS , ET AL. ,** | 1:10−CV−00792−SKO  (PC) |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | and |
| **W. GARDNER, ET AL.,** | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS |
| Defendant(s). | |

Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the proceeding month's income credited to plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

1   2. **The Director of the California Department of Corrections or his designee shall collect**

2   **payments from plaintiff's prison trust account in an amount equal to twenty percent (20%)**

3   **of the preceding month's income credited to the prisoner's trust account and shall forward**

4   **those payments to the Clerk of the Court each time the amount in the account exceeds $10.00,**

5   **in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and**

6   **forwarded to the Clerk of the Court. The payments shall be clearly identified by the name**

7   **and case number assigned to this action.**

8   3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in

9   forma pauperis application on the Director of the California Department of Corrections, via the court's

10  electronic case filing system (CM/ECF).

11  4. The Clerk of Court is directed to serve a copy of this order on the Financial Department,

12  U.S. District Court, Eastern District of California, Fresno Division.

13  5. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy

14  of his/her prison trust account statement for the six−month period immediately preceding the filing of

15  the complaint, if plaintiff has not already done so.

16  IT IS SO ORDERED.

17  DATED:  5/11/10                         ./s/Sheila K. Oberto
                                            United States Magistrate Judge

**FILED**

MAY 05 2010

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Charles A. Rogers, et al.,
_____
*Petitioner*

W. Gardner, et al.,
_____
*Respondent(s)*

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

1:10 CV 00792 SKO-(PC)

I, Antonio Youmans P-94091, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment?   ☐ Yes ☒ No
    b. Rent payments, interest or dividends?              ☐ Yes ☒ No
    c. Pensions, annuities or life insurance payments?    ☐ Yes ☒ No
    d. Gifts or inheritances?                             ☐ Yes ☒ No
    e. Any other sources?                                 ☐ Yes ☒ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
    ☐ Yes ☒ No

    If the answer is yes, state the total value of the items owned: _____

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)
CV-69 (04/05)                                                                    Page 9 of 10

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No
   If the answer is yes, describe the property and state its approximate value: _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____
   _____
   _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __4-25-10__
              *Date*                          *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____
_____

_____                              _____
   *Date*                                *Authorized Officer of Institution/Title of Officer*